MINUTE ENTRY
FALLON, J.
MAY 12, 2022

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-155 |
| NATHANIEL DOMINICK | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Sandy Minutillo

Appearances: AUSA Matthew Payne for Chandra Menon for government
            Cynthia Cimino, Esq. for the defendant
           Probation Officer

---

SENTENCING AS TO COUNT TWO OF THE INDICTMENT:

Defendant is present.

There were no objections to the PSR by the either the defendant or the government.

Sentence: See Judgment in a Criminal Case.

JS-10:  :05